COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-439-CV

MICHAEL S. POLLY APPELLANT

V.

REALPAGES, INC. AND APPELLEES

JAMES HARRISON 

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Through a letter sent to his counsel on December 16, 2009, we have given appellant Michael S. Polly an opportunity to explain why his notice of appeal was untimely filed
(footnote: 2) and why this appeal should not be dismissed for want of jurisdiction.  He has not done so.  Accordingly, we dismiss the appeal for want of jurisdiction.  
See 
Tex. R. App. P. 25.1(b), 26.1(a)(1), 42.3(a), 43.2(f); 
Crites v. Collins
, 284 S.W.3d 839, 840 (Tex. 2009) (indicating that the timely filing of a notice of appeal is jurisdictional); 
Wilkins v. Methodist Health Care Sys.
, 160 S.W.3d 559, 564 (Tex. 2005) (same).

TERRIE LIVINGSTON

JUSTICE

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  February 18, 2010

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.

2:
The trial court signed its judgment on July 31, 2009.  Although appellant timely filed a motion for new trial on August 31, he did not file his notice of appeal in the trial court until December 7, and it was therefore untimely. 
See
 Tex. R. Civ. P. 329b(a); Tex. R. App. P. 26.1(a)(1).